# The Law Office of Noor A. Saab, Esq.

380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

October 19, 2023

**VIA ECF**
The Honorable Judge Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 23A
New York, NY 10007

**MEMO ENDORSED**

Re:     **Felix Castro v Sportswear, Inc. 1:23-cv-07288-SHS**

To The Honorable Judge Sidney H. Stein,

      Plaintiff submits this letter motion respectfully seeking an adjournment of the initial conference currently scheduled for October 26, 2023 at 11:30 AM pursuant to Your Honor's Order dated August 31, 2023 (Docket # 5).  The complaint for the instant action was filed on August 17, 2023.  Numerous attempts to serve the Defendant have been unsuccessful. The Defendant is aware of the action and by their counsel, have retained Stokes Lawernce, P.S. to represent them in this action. Defendant refuses to accept service nor execute a waiver of service. Plaintiff is unable to submit the completed case management plan at this time despite communications with Defendant counsel.  Plaintiff respectfully requests an adjournment of the initial pretrial conference thirty (30) days from October 26, 2023 to November 27, 2023, to allow the Plaintiff time to execute service upon the Defendant via the Department of State.  This is the first time Plaintiff seeks the relief being requested.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*

**The conference is adjourned to November 29, 2023, at 4:00 p.m.**

Dated: New York, New York
       October 20, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.