UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FELIX CASTRO, on behalf of himself
and all others similarly situated,
                          Plaintiff,

                -against-

SPORTSWEAR, INC.
                         Defendant.
-----------------------------------------------------------x

Case No.: 1:23-cv-07288-SHS

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Jericho, New York
          January 30, 2024

Respectfully Submitted,

*/ s / Noor A. Saab, Esq.*
By: Noor A. Saab Esq.
*Attorney for Plaintiff*
**The Law Office of Noor A. Saab, Esq.**
380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060
Email: noorasaablaw@gmail.com

**Dated: New York, New York
          January 30, 2024**

**SO ORDERED:**

_____
Sidney H. Stein, U.S.D.J.

1